UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOBY SCHECHNER, et al.,

      Plaintiffs,

v.

WHIRLPOOL CORPORATION,

      Defendant.

_____/

Case No. 2:16-cv-12409

HONORABLE STEPHEN J. MURPHY, III

## STIPULATED ORDER DISMISSING CASE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Toby Schechner, Barbara Barnes, Laura Bliss, Kathleen Jordan, Kathryn Limpede, Louise Miljenovic, Candace Oliarny, Beverly Simmons, Richard Thome and Mary Ellen Thome ("Plaintiffs") and Defendant Whirlpool Corporation ("Whirlpool") (collectively, the "Parties") hereby stipulate to the entry of order dismissing with prejudice any and all individual claims that were raised, or could have been raised, by Plaintiffs in this, with each party to bear its or their own fees, expenses, and costs.

**IT IS HEREBY ORDERED** that any and all individual claims that were raised, or could have been raised, by Plaintiffs are **DISMISSED WITH PREJUDICE**, with each party to bear its or their own fees, expenses, and costs.

This is a final order that closes the case.

    **SO ORDERED.**

                              s/ Stephen J. Murphy, III
                              STEPHEN J. MURPHY, III
Dated: May 8, 2020          United States District Judge

Dated:  May 7, 2020

| For Plaintiffs: | For Defendant: |
|---|---|
| *s/ Mark S. Reich* | *s/ Michael T. Williams* |

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARK S. REICH
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)

MICHAEL T. WILLIAMS
JESSICA GONEAU SCOTT
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street,
Suite 4500
Denver, CO  80202
Telephone:  303/244-1800
303/244-1879 (fax)

E. POWELL MILLER (P39487)
SHARON S. ALMONRODE
(P33938)
THE MILLER LAW FIRM, P.C.
950 West University Drive, Ste. 300
Rochester, MI  48307
Telephone:  248/841-2200
248/652-2852 (fax)

Howard B. Iwrey (P39635)
James P. Feeney (P13335)
DYKEMA GOSSETT
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
Telephone:  248.203.0526
Email:  hiwrey@dykema.com
            jfeeney@dykema.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON
CHRISTOPHER C. GOLD
120 East Palmetto Park Road
Suite 500
Boca Raton, FL  33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JONAH H. GOLDSTEIN
LUCAS F. OLTS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

2

HARFORD P.C.
SCOTT A. HARFORD
299 Broadway, Suite 1310
New York, NY  10007
Telephone: 212/390-8983
646/895-6475 (fax)

*Attorneys for Plaintiffs and the
Proposed Class and Subclasses*